# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 28, 2022

Lyle W. Cayce
Clerk

No. 22-50558
Summary Calendar

Billy Ray Jackson,

*Plaintiff—Appellant*,

*versus*

Bryan Daniel, in his individual capacity; Julian Alvarez, III, in his individual capacity; Aaron Demerson, in his individual capacity,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-1107

Before Jones, Haynes, and Oldham, *Circuit Judges*.
Per Curiam:*

Billy Ray Jackson filed a lawsuit under 42 U.S.C. § 1983 *in forma pauperis* contesting Texas's withdrawal, under 15 U.S.C. § 9025(a)(1), from the supplemental unemployment benefits provided under the CARES Act.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-50558

Given that the statute expressly allows such a withdrawal upon providing thirty days' written notice (which Texas did), the district court dismissed the case under 28 U.S.C. § 1915(e)(2)(B). Jackson's appellate brief fails to demonstrate any error in this determination. We AFFIRM. Jackson's motion for appointment of counsel is DENIED.